**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ARIEL GERMOSEN-VASQUEZ,

                Plaintiff,                              21 **CIVIL** 7487 (AT)(SDA)

     -against-                                  **JUDGMENT**

COHEN, FRANKEL, AND RUGGIERO, LLP,
and MARK COHEN,
                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2022, the R&R is ADOPTED in its entirety. Defendants' motion to dismiss the complaint is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          June 22, 2022

                                                               **RUBY J. KRAJICK**

                                                               Clerk of Court
                         **BY:**        K. Mango
                                                                **Deputy Clerk**